IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGGIE D. BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK NELSON, et al.,<br><br>    Defendants. | Case No. 3:13-cv-00755<br>Chief Judge Haynes |

## ORDER

The hearing on Plaintiff's motion to compel (Docket Entry No. 39) currently set for Monday, April 28, 2014 at 4:30 p.m. is reset for **Monday, May 12, 2014 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge