IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

REGGIE D. BLAIR, )
)
    Plaintiff, )
)
v. ) No. 3:13-CV-0755
)
DERRICK NELSON and )
GUARANTEED )
LOGISTICS, LLC, )
and SOUTHEASTERN )
LOGISTICS, )
)
    Defendants. )

*[Handwritten order: ORDER — The motion is unopposed and is GRANTED. The Nelson deposition will be set by Plaintiff and the discovery period extended to accommodate this deposition. /s/ [Judge] 9-8-14]*

## MOTION TO COMPEL THE DEPOSITION OF DEFENDANT DERRICK NELSON

Comes now the plaintiff, by and through counsel, and pursuant to Local Rule 37.01(b) and Federal Rule of Civil Procedure 37(a)(2) and represents to this Court as follows:

1. All Parties agreed to the taking of the deposition of defendant Nelson on July 9, 2014. On May 15, 2014, counsel for the Plaintiff sent Defendant Nelson, a Notice of Deposition to be taken on July 9, 2014.

2. On July 8, 2014, during other witness depositions regarding this case, Defendant nelson's attorney advised that Defendant Nelson would not be coming to his noticed deposition the following day. On July 9, 2014, Defendant Nelson did not appear to be deposed.

3. On August 5, 2014, counsel for both parties filed a Local Rule 37.01(a) Joint Written Statement Regarding the Defendant's Deposition.